UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, As Administratrix of the Estate of SHARON JORDAN | : | |
| VS. | : | C.A. NO.: 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC., CORONA U.S.A. CORP., CORONA CORPORATION and ABC CORPORATION, ALIAS | : | |

**DEFENDANT, ST. PAUL TRAVELERS COMPANIES, INC.'S NOTICE OF CONSENT TO REMOVAL**

Defendant, St. Paul Travelers Companies, Inc., by and through undersigned counsel, hereby consents to the Petition for Removal filed by defendant, Corona Corporation, pursuant to 28 U.S.C. §1446(b), on or about March 3, 2005, requesting the removal of this action from the Superior Court, Washington County, State of Rhode Island, Civil Action No. WC05-0046.

Respectfully Submitted,
ST. PAUL TRAVELERS COMPANIES, INC.
By Its Attorneys,

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

4

**CERTIFICATION**

I hereby certify that on the 8th day of March, 2005, a true copy of the within was mailed to:

Anthony Caprio, Esq.
CAPRIO & CAPRIO
One Center Place
Providence, RI 02903

and hand delivered to:

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Thomas Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

[signature]