UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, as Administratrix of the Estate of Sharon Jordan | : | |
| v. | : | C.A. No. 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC.; CORONA U.S.A. CORP.; CORONA CORPORATION and ABC CORPORATION, Alias | : | |

***AMENDMENT TO PARAGRAPH 5 OF THE PETITION FOR REMOVAL***

Paragraph 5 of Your Petitioner's, ***Corona Corporation***, Petition for Removal should read as follows:

5. Petitioner was first served with a summons and complaint on March 2, 2005.

**CORONA CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: March 8, 2005

5

I, Thomas C. Angelone, Esq., attorney for Defendant, ***Corona Corporation***, being duly sworn upon oath, do hereby verily believe the facts stated in the within Petition to be true.

Thomas C. Angelone, Esq.

STATE OF RHODE ISLAND

County of Providence

Subscribed and sworn to before me this 8th day of March, 2005.

Notary Public

JODY V. HARRISON
Notary Public of Rhode Island #6482
My Commission Expires

Name of Notary Public
(Please Print)
My commission expires: 

JODY V. HARRISON
Notary Public of Rhode Island #6482
My Commission Expires 6/27/05

***CERTIFICATION***

I hereby certify that on this 8th day of March, 2005, I caused a copy of the within ***Amendment to Paragraph 5 of the Petition for Removal*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Anthony Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

/mvc