UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, As Administratrix of the Estate of SHARON JORDAN | : | |
| VS. | : | C.A. NO.: 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC., CORONA U.S.A. CORP., CORONA CORPORATION and ABC CORPORATION, ALIAS | : | |

**STIPULATION**

By agreement of the parties, defendant, St. Paul Travelers Companies, Inc., may have 30 days or up to and including March 28, 2005, within which to answer or otherwise respond to plaintiff's complaint.

John R. Mahoney, Esq. #1940
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353

RECEIVED
MAR 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE:

Dated: March 23, 2005

7