UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, As Administratrix of the Estate of SHARON JORDAN | : | |
| VS. | : | C.A. NO.: 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC., CORONA U.S.A. CORP., CORONA CORPORATION and ABC CORPORATION, ALIAS | : | |

**AMENDED CERTIFICATION OF FILING OF LATE ENTRY STIPULATION**

The undersigned hereby certifies that the attached Late Entry Stipulation was filed with this court on March 23, 2005, but was inadvertently not certified to counsel until this date, March 28, 2005.

Respectfully Submitted,
ST. PAUL TRAVELERS COMPANIES, INC.
By Its Attorneys,

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

**CERTIFICATION**

I hereby certify that on the 28th day of March, 2005, a true copy of the within was mailed to:

Anthony Caprio, Esq.
CAPRIO & CAPRIO
One Center Place
Providence, RI 02903

and hand delivered to:

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Thomas Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, As Administratrix of the Estate of SHARON JORDAN | : | |
| VS. | : | C.A. NO.: 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC., CORONA U.S.A. CORP., CORONA CORPORATION and ABC CORPORATION, ALIAS | : | |

**STIPULATION**

By agreement of the parties, defendant, St. Paul Travelers Companies, Inc., may have 30 days or up to and including March 28, 2005, within which to answer or otherwise respond to plaintiff's complaint.

John R. Mahoney, Esq. #1940
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated: March 23, 2005