## SUPERIOR COURT STATE OF RHODE ISLAND WASHINGTON, SC.

| | |
|---|---|
| CHERYL BOUFFARD, AS ADMINISTRATRIX OF THE ESTATE OF SHARON JORDAN<br>PLAINTIFF/PETITIONER<br>VS.<br>ST. PAUL TRAVELERS INSURANCE COMPANY, ET AL.,<br>DEFENDANT/RESPONDENT | CAUSE #: 05 - 0046<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.



10

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
the (date) 平成17年3月3日
at (place, street, number) 新潟県三条市東新保7-7

in one of the following methods authorized by article 5:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method:*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

(identity and description of person)
(株式会社コロナ 従業者) 難波陽子

relationship to the addressee family, business, or other
株式会社コロナ 従業者

~~2) that the document has not been served, by reason of the following facts:*~~

~~**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***~~

Annexes

Documents returned:

In appropriate cases, documents establishing the service:
郵便送達報告書

Done at 新潟県, the 2005、3、4

Signature and/or stamp
**新潟地方裁判所第一民事部**
裁判所書記官 樋口

TRACKING #: 3633922

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# 郵便送達報告書
(住所，居所等用)

| 発送年月日 | 平成17年3月2日 |
|---|---|
| 事件番号 | 平成17年（エ）第2号 |
| 送達書類 書類の名称 | 1. 文書の要領 2. 召喚状 3 修正告訴状 4. 手紙 5 2～4の訳文 |
| 差出人 所在地 | 郵便番号 〒951-8511 新潟市学校町通1番町1番地 |
| 差出人 名称 | 新潟地方裁判所第一民事部 1合 |
| 受送達者本人氏名 | (株)コロナ 代表者 (S) |
| 受領者の押印又は署名 | (印 コロナ) (難波) |
| 送達の場所 | 郵便番号 三条市東新保7-7 |
| 送達年月日時 | 平成17年3月3日10時 |

**送達方法**

1 受送達者本人に渡した。

(2) 受送達者本人に出会わなかったので，書類の受領について相当のわきまえがあると認められる次の者に渡した。
使用人・(従業者) 同居者
氏名（難波陽子）

3 次の者が正当な理由なく受取りを拒んだので，その場に差し置いた。
受送達者本人 使用人・従業者 同居者
氏名（ ）

4 郵便局に出局した書類の受領について相当のわきまえがあると認められる次の者に渡した。
使用人・従業者 同居者
氏名（ ）

(新潟地方裁判所 交付 17. 3.-4 ( )第 )

**差出人記入欄**

上記のとおり送達しました。
平成17年3月3日
三条郵便局
配達担当者 上木政尚 (上木 印)

（注意）
1 受領者が押印又は署名をすることができないときは，「受領者の押印又は署名」欄にその旨を記入すること。
2 「送達の場所」欄は，市町村名から住居番号等まで詳細明確に記入すること。ただし，郵便局の窓口において交付したときは，「窓口」とのみ記入すること。
3 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは，枠内に右詰めで記入すること。また，時刻は24時間制で記入すること。
4 「送達方法」欄は，次により記入すること。
(1) 「1」の欄については，数字を「○」で囲む。
(2) 「2」，「3」及び「4」の欄については，該当する数字及び該当する者を「○」で囲み，その氏名を記入する。ただし，該当する者が受送達者本人であるときは，その氏名を記入しない。

(840111)

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

| Identity and address of the applicant | Address of receiving authority |
| --- | --- |
| **Rick Hamilton**<br>**910 5th Avenue**<br>**Seattle, Washington 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | The Minister of Foreign Affairs<br>2-2-1 Kasumigaseki, Chiyoda-ku<br>Tokyo 100, Japan |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

(identity and address)

**CORONA CORPORATION**
**7-7 HIGASHI-SHINBO SANJO 955-8510 NIIGATA**
**, Japan**

DOB: Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; COMPLAINT, TRANSLATED & IN DUPLICATE

Done at Seattle, Washington USA, on Jan 21 2005

Signature and/or stamp

[signature]

領事局政策課 17.2.02

情報通信課発信班 17.2.-2 受付

OFFICE OF INTERNATIONAL JUDICIAL ASSISTANCE ★ WASHINGTON, D.C. ★ DEPARTMENT OF JUSTICE

TRACKING #: 3633922

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which ...)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

**(article 5, fourth paragraph)**

Name and address of the requesting authority: **Rick Hamilton**
**910 5th Avenue**
**Seattle, Washington 98104**
**United States of America**

Particulars of the parties:

**CHERYL BOUFFARD, AS ADMINISTRATRIX OF THE ESTATE OF SHARON JORDAN** vs. **ST. PAUL TRAVELERS INSURANCE COMPANY, ET AL.,**

## JUDICIAL DOCUMENT*

Name and purpose of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*

Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 3633922

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate