UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, As Administratrix of the Estate of SHARON JORDAN
Plaintiff(s)

v.

C.A. No. 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC., et al
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant Corona Corporation hereby moves that H. Michael O'Brien be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Defendant's counsel specializes: Mr. O'Brien
- Defendant counsel's long-standing representation of the client: Corona Corporation.
- The local trial bar lacks experience in the field of: _____.
- The case involves complex legal questions under the law of a foreign jurisdiction with which _____ counsel is familiar, specifically : _____.
- The case requires extensive discovery in a foreign jurisdiction convenient to _____ counsel, as follows: _____.
- It is a criminal case, and _____ counsel is defendant's counsel of choice.
- Other: _____.

(~~Plaintiff~~/Defendant)
By: Thomas C. Angelone, Esq.
Attorney for Corona Corporation

DATED: April 19, 2005

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Courts for Southern, Eastern and Northern Districts of New York, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| H. Michael O'Brien | Thomas C. Angelone, Esq. |
| Name | Local Associate Counsel |
| | #1373 |
| | R.I. Bar ID # |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Hodosh, Spinella & Angelone pc |
| Firm Name | Firm Name |
| 3 Gannett Drive | One Turks Head Place, Suite 1050 |
| Business Address | Business Address |
| White Plains, NY 10604 | Providence, RI 02903 |
| 914-323-7000 (Tel. #) 914-323-7001 (Fax #) | (401) 274-0200 (Tel. #) (401) 274-7538 (Fax #) |

**Order:** This motion is hereby Granted

Ernest C Torres / [signature]

U.S. District Judge

Date: 6/7/05

pro hac vice motion (rev.3/05)

**_CERTIFICATION_**

I hereby certify that on this 19th day of May, 2005, I caused a copy of the within ***Motion for Entry of Appearance Pro Hac Vice*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Anthony Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Mary V. Conlon

/mvc