UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, as Administratrix
Of the Estate of SHARON JORDAN

VS. C.A. NO. 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC., CORONA U.S.A. CORP., CORONA CORPORATION AND ABC CORPORATION, ALIAS

**ENTRY STIPULATION**

I, Frank Caprio, hereby enters my appearance as co-counsel for the Plaintiff, Cheryl Bouffard, as Administratrix of the Estate of Sharon Jordan.

Frank Caprio #0971
Caprio & Caprio
One Center Place
Providence, RI 02903
(401) 861-6200
(401) 751-2495 – fax

**CERTIFICATION**

I hereby certify that on this 6th day of June, 2005 I sent by facsimile and via first class postage prepaid mail a true copy of the within to:

John Mahoney, Esquire (Facsimile #401-331-7373)
Law Offices of Asquith, Mahoney & Robinson
155 South Main Street
Providence, RI 02903

James A. Ruggieri, Esquire (Facsimile #401-273-8780)
Higgins, Cavanagh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Thomas Angelone, Esquire (Facsimile #401-274-7538)
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

H. Michael O'Brien, Esquire ((Facsimile #914-323-7001)
Wilson, Elser, Maskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604