UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, as Administratrix of the Estate of Sharon Jordan | : | |
| v. | : | C.A. No. 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC.; CORONA U.S.A. CORP.; CORONA CORPORATION and ABC CORPORATION, Alias | : | |

***NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION***

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of ***Fire Captain Daniel D. Leighton*** will be taken before a notary public, or before another person authorized to administer oaths, at the law offices of HODOSH, SPINELLA & ANGELONE, One Turks Head Place, Suite 1050, Providence, Rhode Island 02903, on the **22nd day of September, 2005, at 3:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant, ***Corona Corporation***.

> **Please bring with you a true and accurate copy of any and all reports, records, memoranda, witness statements and/or photographs respecting your investigation of a fire at 5 Perkins Avenue, Apartment 5, Narragansett, Rhode Island on January 27, 2002.**

You are invited to cross-examine.

**CORONA CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: August 22, 2005

***CERTIFICATION***

I hereby certify that on this 23rd day of August, 2005, I caused a copy of the within ***Notice*** either to be mailed by first class mail, postage prepaid, or hand delivered to the following attorney(s) of record and court reporter:

Frank Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

H. Michael O'Brien, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Callaghan Reporting Service
22 Prospect Street
Cranston, RI 02910

Mary V. Coulon

/mvc