UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, As Administratrix of the Estate of SHARON JORDAN | : | |
| VS. | : | C.A. NO.: 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC., CORONA U.S.A. CORP., CORONA CORPORATION and ABC CORPORATION, ALIAS | : | |

**STIPULATION**

By agreement of the parties, defendant, St. Paul Travelers Companies, Inc., may have up to and including February 22, 2006, within which to answer interrogatories and respond to request for production of plaintiff.

John R. Mahoney, Esq. #1940
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated: 2/20/06