UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, As Administratrix
Of the Estate of Sharon Jordan

VS. C.A. NO.: 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC.;
CORONA U.S.A. CORP.; CORONA
CORPORATION and ABC CORPORATION,
Alias

## NOTICE OF VIDEO DEPOSITION

Please take notice that, pursuant to the provisions of the Federal Rules of Civil Procedure, the plaintiff will take the testimony, on oral examination, of DR. DAVID T. HARRINGTON on MONDAY, APRIL 10, 2006 at 2:00 p.m. at the offices of Dr. Harrington, University Surgical Associates, 2 Dudley Street, 4th Floor, Suite 470, Providence, Rhode Island, before a notary public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

CHERYL BOUFFARD, As
Administratrix of the Estate of Sharon Jordan,
BY HER ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone

CERTIFICATION

I hereby certify that on the 13th day of March, 2006 I mailed a true copy of the within to Thomas C. Angelone, Esq., Hodosh, Spinella & Angelone, PC, One Turks Head Plaza, Suite 1050, Providence, RI 02903; Anthony Caprio, Esq., Caprio & Caprio, One Center Place, Providence, RI 02903; H. Michael O'Brien, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 3 Gannett Drive, White Plains, NY 10604; James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903; William White, 121 Phenix Avenue, Cranston, RI 02920 and Patricia Aloisio, 20 Pine Top Road, Barrington, RI 02806.

Lisa Ann Soucy