**EXHIBIT 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, as Administratrix of the Estate of Sharon Jordan | : | |
| v. | : | C.A. No. 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC.; CORONA U.S.A. CORP.; CORONA CORPORATION and ABC CORPORATION, Alias | : | |

***AGREED ORDER***

This matter coming to be heard on an agreement of the parties, as set forth in the joint motion requesting a continuation of discovery, and for good cause shown, it is hereby ordered that discovery be continued as follows:

1. All outstanding discovery, including expert discovery, be completed by August 31, 2006;

2. Plaintiff's Experts deposed by April 30, 2006;

3. Defendants' Experts' reports submitted by May 17, 2006;

4. Defendants' Experts deposed by May 30, 2006;

5. Mediation Completed by September 21, 2006; and

6. Pre-trial Filings due by October 31, 2006.

ENTER:

______________________________

BY ORDER:

______________________________

Dated: