UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL BOUFFARD, as Administratrix of the Estate of Sharon Jordan | : | |
| v. | : | C.A. No. 05-100 T |
| ST. PAUL TRAVELERS COMPANIES, INC.; CORONA U.S.A. CORP.; CORONA CORPORATION and ABC CORPORATION, Alias | : | |

***JOINT REQUEST IN SUPPORT OF MOTION TO CONTINUE DISCOVERY***

Whereas, Plaintiff and Defendants have conferred, each party hereby agrees and jointly requests an enlargement of time with regard to the current Pre-trial Order that was adopted by this Court on June 7, 2005. *See* original Order attached hereto as **Exhibit 1**. Moreover, as a result of the parties' request to extend discovery, the parties also request that the Pre-trial filing deadline be continued from April 1, 2006 to October 31, 2006 based upon the following:

Discovery in this case closed on February 1, 2006. Each side requests that discovery be re-opened until August 31, 2006 in order to complete outstanding discovery and to accommodate additional discovery as a result of Plaintiff's new expert witnesses and theories pertaining to an alleged defect that was not set forth in the complaint.

This is a wrongful death case. Plaintiff alleges in her complaint that a defective kerosene heater was responsible for a fire that ultimately caused the death of Ms. Sharon Jordan. Specifically, in Plaintiff's complaint, it is alleged that the heater is defective, among other reasons, because the Defendants did not sell the heater with the base already

attached to it. *See* Complaint attached hereto as **Exhibit 2 at ¶18**. However, Plaintiff has abandoned this theory and now claims that the heater is defective because the burner is defectively designed so as not to be secured to the mantel to prevent misplacement.

As a result of Plaintiff's new theory, additional time to complete discovery is necessary. Thus, the parties jointly propose the following discovery schedule as set forth in the Proposed Order attached hereto as **Exhibit 3**, including a stipulated time period to conduct expert discovery:

1. All outstanding discovery, including expert discovery, be completed by August 31, 2006;
2. Plaintiff's Experts deposed by April 30, 2006;
3. Defendants' Experts' reports submitted by May 17, 2006;
4. Defendants' Experts deposed by May 30, 2006;
5. Mediation Completed by September 21, 2006; and
6. Pre-trial Filings due by October 31, 2006 (originally set for April 1, 2006)

The within joint motion is made in good faith and is not sought for delay, but rather is brought to promote judicial economy and justice. Finally, because this motion is being brought jointly, there is no prejudice to either side.

**WHEREFORE,** it is respectfully requested that the Court adopt the proposed Order attached hereto as **Exhibit 3** in order to allow additional time to complete discovery and mediation.

Respectfully submitted,

John R. Mahoney, Esq. #1940
*Attorney for Plaintiff*
**ASQUITH & MAHONEY, LLP**
155 South Main Street, 2nd Floor
Providence, Rhode Island 02903
(401) 331-5353
*Fax* (401) 331-7373

Thomas C. Angelone, Esq. #1373
*Attorney for Defendant, Corona*
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

James A. Ruggieri (by JCA)

James A. Ruggieri, Esq. #2828
*Attorney for St. Paul Travelers*
**HIGGINS, CAVANAGH & COONEY, LLP**
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903-3987
(401) 272-3500
*Fax* (401) 273-8780

Dated: April 3, 2006

**GRANTED**

No further extensions will be granted.

Ernest C. Torres
Chief, US District Judge
4/11/06

**_CERTIFICATION_**

I hereby certify that on this 3rd day of April, 2006, I caused a copy of the within ***Joint Request in Support of Motion to Continue Discovery*** to be mailed by first class mail, postage prepaid or hand delivered to the following attorneys of record:

Frank Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

H. Michael O'Brien, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Mary V. Conlon

/mvc