UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, As Administratrix
Of the Estate of Sharon Jordan

VS. C.A. NO.: 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC.;
CORONA U.S.A. CORP.; CORONA
CORPORATION and ABC CORPORATION,
Alias

**MOTION TO CONDUCT DEPOSITION OF A WITNESS LOCATED AT THE ADULT CORRECTIONAL INSTITUTION**

Now comes the plaintiff, Cheryl Bouffard, and moves that the court grant authority, pursuant to Rule 30(a)(2), to conduct the deposition of a witness who is presently located at the Adult Correctional Institution. As grounds for said motion, the plaintiff refers to the Memorandum of Law attached hereto and incorporated herein by reference.

CHERYL BOUFFARD, As
Administratrix of the Estate of Sharon Jordan,
BY HER ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone

CERTIFICATION

I hereby certify that on the 4th day of May, 2006 I mailed a true copy of the within to Thomas C. Angelone, Esq., Hodosh, Spinella & Angelone, PC, One Turks Head Plaza, Suite 1050, Providence, RI 02903; Anthony Caprio, Esq., Caprio & Caprio, One Center Place, Providence, RI 02903; H. Michael O'Brien, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 3 Gannett Drive, White Plains, NY 10604 and James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

Lisa Ann Soucy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, As Administratrix
Of the Estate of Sharon Jordan

VS. C.A. NO.: 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC.;
CORONA U.S.A. CORP.; CORONA
CORPORATION and ABC CORPORATION,
Alias

**MEMORANDUM OF LAW**
**IN SUPPORT OF PLAINTIFF'S MOTION TO CONDUCT DEPOSITION**

The plaintiff decedent died six (6) weeks after a fire that occurred in her home on or about January 27, 2002. The plaintiff has filed this products liability claim alleging that a defective Corona kerosene heater is responsible for causing the fire.

One of the witnesses to the incident was Matthew Webb. Based upon information and belief, Matthew Webb is currently a resident of the Adult Correctional Institution. This information was imparted to the below signed by Cheryl Benn, another witness to the aftermath of the fire. Cheryl Benn and Matthew's brother, Jeremy, have two (2) children.

The below signed has talked to the attorneys representing both defendants. Neither one of the defense attorneys has an objection to this motion.

The plaintiff respectfully suggests that the plaintiff be granted authority to make arrangements for this witness' deposition testimony at a mutually convenient time at the Adult Correctional Institution.

CHERYL BOUFFARD, As
Administratrix of the Estate of Sharon Jordan,
BY HER ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone

CERTIFICATION

I hereby certify that on the 4th day of May, 2006 I mailed a true copy of the within to Thomas C. Angelone, Esq., Hodosh, Spinella & Angelone, PC, One Turks Head Plaza, Suite 1050, Providence, RI 02903; Anthony Caprio, Esq., Caprio & Caprio, One Center Place, Providence, RI 02903; H. Michael O'Brien, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 3 Gannett Drive, White Plains, NY 10604 and James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

Lisa Ann Soucy