FILED
MAY 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, As Administratrix
Of the Estate of Sharon Jordan

VS. C.A. NO.: 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC.;
CORONA U.S.A. CORP.; CORONA
CORPORATION and ABC CORPORATION,
Alias

5/24/06: GRANTED ABSENT OPPOSITION AND PURSUANT TO FED.R.CIV.P. 30(a)(2). [signature] USMJ

**MOTION TO CONDUCT DEPOSITION**
**OF A WITNESS LOCATED AT THE ADULT CORRECTIONAL INSTITUTION**

Now comes the plaintiff, Cheryl Bouffard, and moves that the court grant authority, pursuant to Rule 30(a)(2), to conduct the deposition of a witness who is presently located at the Adult Correctional Institution. As grounds for said motion, the plaintiff refers to the Memorandum of Law attached hereto and incorporated herein by reference.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ________
Ernest C. Torres, Chief Judge
Date: 5/24/06

CHERYL BOUFFARD, As
Administratrix of the Estate of Sharon Jordan,
BY HER ATTORNEY,

[signature]
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone

CERTIFICATION

I hereby certify that on the 4th day of May, 2006 I mailed a true copy of the within to Thomas C. Angelone, Esq., Hodosh, Spinella & Angelone, PC, One Turks Head Plaza, Suite 1050, Providence, RI 02903; Anthony Caprio, Esq., Caprio & Caprio, One Center Place, Providence, RI 02903; H. Michael O'Brien, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 3 Gannett Drive, White Plains, NY 10604 and James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

[signature]
Lisa Ann Soucy