UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL BOUFFARD, as Administratrix of the Estate of Sharon Jordan :

v. : C.A. No. 05-100 T

ST. PAUL TRAVELERS COMPANIES, INC.; CORONA U.S.A. CORP.; CORONA CORPORATION and ABC CORPORATION, Alias :

**DISMISSAL STIPULATION**

TheThe above-captioned matter is hereby dismissed with pThe above-captioned matter is h costs.

/s/ John R. Mahoney
John R. Mahoney, Esq. #1940
*Attorney for Plaintiff*
**ASQUITHASQUITH & MAHONEY, LLP**
155 South Main Street, 2nd Floor
Providence, Rhode Island 02903
(401) 331-5353
*Fax* (401) 331-7373
jackmahoney@amlawllp.com

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
*Attorney for Defendant, Corona*
**HODOSH, SPINELLAHODOSH, SPINELLA & ANGE**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

/s/ James A. Ruggieri
James A. Ruggieri, Esq. #2828
*Attorney for Defendant, St. Paul Travelers*
**HIGGINS, CAVANAGH & COONEY**
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500
*Fax* (401) 273-8780
jruggieri@hcc-law.com

/s/ H. Michael O Brien
H. Michael O Brien, Esq.
*Attorney for Defendant, Corona*
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
*Fax* (914) 323-7001

Dated: November 6, 2006

**CERTIFICATION**

II hereby certify that on this 6th day of November, 2006, I caused a day of November, 2006, I caus Dismissal Stipulation to be electronically mailed to:

John R. Mahoney jackmahoney@amlawllp.com
lsoucy@amlawllp.com
johnmahoney@amlawllp.com

James A. Ruggieri jruggieri@hcc-law.com
sodonoghue@hcc-law.com
peason@hcc-law.com
sbodurtha@hcc-law.com

and by first class mail, postage prepaid to:

Anthony Caprio, Esq.
Frank Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

H. Michael O Brien
Wilson Elser Moskowitz Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.